# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 07-cr-00035-L |
|---|---|
| v. | **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |
| MARIO ANTONIO ANTUNEZ-SOTELO (4), | |
| Defendant | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the First Superseding Indictment shall be dismissed against MARIO ANTONIO ANTUNEZ-SOTELO without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled.

IT IS SO ORDERED.

DATED: April 27, 2022

*[signature]*
HON. M. JAMES LORENZ
UNITED STATES